UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARBARA M. JOYNER                                    JURY TRIAL DEMANDED

v.                                                   CASE NO.  3:11 CV

CLIENT SERVICES, INC.

<u>COMPLAINT</u>

1.   Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C.

§ 1692;  the Consumer Collection Agency Act  and regulations issued thereunder; or the Connecticut

Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2.   The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3.   Plaintiff is a natural person who resides in Connecticut.

4.   Plaintiff incurred debt on her personal Sears Gold Mastercard account.

5.    Defendant uses the mail and other means of interstate commerce in furtherance of its

business as a consumer collection agency.

6.   Defendant is licensed as a Consumer Collection agency in Connecticut.

7.   Defendant sent letters and made phone calls to plaintiff in attempting to collect the Sears

credit card account.

8.   Defendant's form letter of  7/5/2011 stated that "because of interest, late fees, and other

finance charges (if applicable to your account), your total balance due might be greater on the date you

make a payment."

9.   Defendant knew when it sent the letter that such charges were not applicable to plaintiff's

account. <u>Chuway v. National Action Financial Services, Inc.</u>, 362 F.3d 944 (7th Cir. 2004); <u>Gonzales v.</u>

<u>Arrow Financial Services, LLC</u>, __ F. 3d __, 2011 WL 4430844 (9th Cir. Sept. 23, 2011)

10.  In the collection efforts,  defendant violated the FDCPA,, § 1692e or –g.

WHEREFORE plaintiff respectfully requests this Court to:

1.  Award plaintiff  such damages as are permitted by law, including $1,000 statutory damages.

2.   Award the plaintiff costs of suit and a reasonable attorney's fee;

3.  Award such other and further relief as law or equity may provide.

THE PLAINTIFF

BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net