UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARBARA M. JOYNER                          JURY TRIAL DEMANDED

v.                                         CASE NO.  3:11 CV 1679 (CFD)

CLIENT SERVICES, INC.

### NOTICE OF DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff hereby dismisses the within action, with prejudice and without costs or fees based on the parties' settlement agreement.

                                       THE PLAINTIFF

                                       BY_____/s/ Joanne S. Faulkner__
                                       JOANNE S. FAULKNER ct04137
                                       123 Avon Street
                                       New Haven, CT 06511-2422
                                       (203) 772-0395

Certificate of Service

I hereby certify that on December 13, 2011, a copy of foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                       ____/s/ Joanne S. Faulkner___
                                       JOANNE S. FAULKNER ct04137
                                       123 Avon Street
                                       New Haven, CT 06511-2422
                                       (203) 772 0395
                                       j.faulkner@snet.net